IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ORLANDO A. NIGHTENGALE    CASE NO. 17-17211-RAM

   Debtor.          CHAPTER 13
_____/

**OBJECTION TO CONFIRMATION OF PLAN**

  Creditor, Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2, objects to Debtor's Plan and states:

  1. Creditor holds a secured claim by virtue of its note and mortgage on the property located at 531 NW 195th Terrace, Miami, Florida 33169.

  2. Creditor is in the process of timely filing a Proof of Claim ("Claim").

  3. Creditor anticipates its Claim will reflect a total secured claim in the amount of approximately $348,479.30 along with $61,935.98 in pre-petition arrearage.

  4. Debtor intends to mediate through the Loss Mitigation Mediation Program; however, as of the date of this objection a motion for Loss Mitigation Mediation has not been filed.

  5. Creditor has the right to inquire further into the Debtor's ability to be eligible for a loan modification either before or during the mediation process.

  6. If a mediation is had and results in an impasse or denial of the modification, Creditor's claim, when filed, should be paid in full or the property surrendered.

  7. Moreover, Debtor's Plan should account for impending taxes and insurance during the pendency of the potential mediation.

  8. Creditor reserves the right supplement this Objection, if necessary.

**WHEREFORE**, Creditor respectfully requests the Court sustain its Objection and for such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice to the parties below this 30th day of June, 2017.

                **BUCKLEY MADOLE, P.C.**

                */s/ Austin M. Noel*
                Austin M. Noel, Esquire
                Florida Bar Number 106539
                Buckley Madole, P.C.
                P.O. Box 22408
                Tampa, FL 33622
                Telephone/Fax: 813-774-6221
                bkfl@buckleymadole.com

**VIA CM/ECF NOTICE**
Orlando A. Nightengale
c/o Debtor's Counsel

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Chapter 13 Trustee
Nancy K. Neidich
POB 279806
Miramar, Florida 33027

U.S. Trustee
Office of U.S. Trustee
51 S.W. First Avenue, Ste. 1204,
Miami, Florida 33130